

December 8, 2013

Luis A Haddock

3843 Stratfield Dr.

New Port Richey, FL 34652

Case No: 8:13-cv-2721-T-23TGW

USA, Plaintiff  V. LUIS A. HADDOCK, Defendant

To Whom It May Concern;

I am writing this letter to explain my unfortunate set of circumstances that have caused me to default on my student loan. I have done everything in my power over the past few years to make ends meet but unfortunately I have fallen way short.

The main reason that caused me to default on my student loan is that I suffer from clinical depression and over the past few years and I have not been able to hold a regular job for any long term.  Even though I am and have been under the care of a mental health expert and taking several medications for my symptoms,  still my condition continues to plagued me with panic and anxiety attacks, preventing me from holding a regular job. Because of this situation my income over the past several years have not being nearly enough and I had fallen further and further behind. Now, it's to the point where I cannot afford to pay what is owed to any of my friends and or lenders. It is my full intention to one day pay what I owe. But at this time I have exhausted all of my income and resources so I am turning to you for mercy.

Over the past several years I have survived only because a few friends have been kind enough to allow me to sleep on their sofas and or spare bedrooms, and have given me some food and allowed to use their home address so that I can get my VA health services, mostly in exchange for a little work around the house, or to contribute whatever I can and when I can.

Let me further explain, that I don't own any real estate, car, furniture, jewelry, bank accounts or anything of any monetary value.  The only things I owned outright are my clothes and they are more than a few years old.  I hope and I pray that one day my situation will change and I can once again be a productive member of society.  That is why and I asking you to please put this lawsuit on hold for just another years or so. In exchange, I will make a promissory promised to send a minimum payment of $50.00 a month until my financial situation changes. I am afraid that a judgment of default against me could make it that much more difficult for me to secured employment and or housing in the future and therefore my chances of repayment also that much more unlikely. Future employers and landlords might see my credit report an denied me a rental and or a job position, sending me deeper and deeper into depression.



Attached you will find proof of my income for the last three years as proof of my hardship. If you decided to proceed with this lawsuit I will respectfully request that you send me proof that I owe the $24,276.20 principal on this student loan that you are claiming. It's been a very long time since and I apply for those loans and I just want to make sure that they are all mine. So, I will need to see copies of all cancel checks and or applications for those loans with my signature in them. Also, since I cannot afford to defend myself I will need a public defendant to help me fight these charges.

Thanking you in advanced,

*[signature]*
Luis A Haddock

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents $ | OMB No. 1545-0115 **2010** Form 1099-MISC | **Miscellaneous Income** |
|---|---|---|---|
| Westchase Holdings, LLC T/b/a Century 21 Coast To Coast PO Box 3906 Clearwater FL 33767 Telephone: 727-505-1330 | 2 Royalties $ | | |
| | 3 Other income $ | 4 Federal income tax withheld $ | Copy B For Recipient |
| PAYER'S Federal identification number 36-4640713 | RECIPIENT'S identification number 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 | 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | |
| RECIPIENT'S name, street address, city, state, and ZIP code Luis Haddock 8284 Denise Drive Seminole FL 33777 | 7 Nonemployee compensation $ 8924.00 | 8 Substitute payments in lieu of dividends or interest $ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | |
| | 11 | 12 | |
| Account number (see instructions) L687634706 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

Form 1099-MISC                                                            Department of the Treasury - Internal Revenue Service

| ☐ CORRECTED (if checked) | | | |
|---|---|---|---|
| PAYER'S name, street address, city, state, ZIP code, and telephone no.<br><br>Westchase Holdings, LLC<br>T/b/a Century 21 Coast-To Coast<br>PO Box 3906<br>Clearwater FL 33767<br><br>Telephone: 727-462-2500 | **1** Rents<br>$ | OMB No. 1545-0115<br><br>**2011**<br><br>Form 1099-MISC | **Miscellaneous Income**<br><br>**Copy B**<br>**For Recipient** |
| | **2** Royalties/a Century To Coast<br>PO Box 3906<br>Clearwater FL 33767 | | |
| PAYER'S Federal identification number<br>36-4640713 | RECIPIENT'S identification number | **3** Other income<br>$ | **4** Federal income tax withheld<br>$ |
| | | **5** Fishing boat proceeds<br>$ | **6** Medical and health care payments<br>$ |
| RECIPIENT'S name, street address, city, state, and ZIP code<br><br>Luis Haddock<br>3843 Stratfield Dr<br>New Port Richey FL 34652 | | **7** Nonemployee compensation<br>$ 4086.64 | **8** Substitute payments in lieu of dividends or interest<br>$ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | | **9** Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | **10** Crop insurance proceeds<br>$ |
| | | **11** | **12** |
| | | **13** Excess golden parachute payments<br>$ | **14** Gross proceeds paid to an attorney<br>$ |
| Account number (see instructions) | | **15a** Section 409A deferrals<br>$ | **15b** Section 409A income<br>$ | **16** State tax withheld<br>$ | **17** State/Payer's state no. | **18** State income<br>$ |

Form 1099-MISC                (Keep for your records)                Department of the Treasury - Internal Revenue Service

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no.<br><br>Century 21 Professional Realty<br>5600 US Highway 19<br>New Port Richey, FL 34652-3748<br>727-845-3300 | 1 Rents<br>$ | OMB No. 1545-0115<br><br>2012<br><br>Form 1099-MISC | Miscellaneous Income |
|---|---|---|---|
| | 2 Royalties<br>$ | | |
| | 3 Other income<br>$ | 4 Federal income tax withheld<br>$ | Copy B<br>For Recipient |
| PAYER'S federal identification number<br>20-4691984 | RECIPIENT'S identification number | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | |
| RECIPIENT'S name, street address (including apt. no.), city, state, and ZIP code<br><br>Luis Haddock<br><br>P.O. Box 335<br><br>Elfers FL 34680-0335 | 7 Nonemployee compensation<br>907.20<br>$ | 8 Substitute payments in lieu of dividends or interest<br>$ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | |
| | 11 | 12 | |
| Account number (see instructions) | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$<br>$ | 17 State/Payer's state no. | 18 State income<br>$<br>$ |

Form 1099-MISC  (keep for your records)  Department of the Treasury - Internal Revenue Service

FORM # LMISCREQ